# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

VELOCITY SERVICES GROUP
LOUISIANA, LLC

VERSUS

TERREBONNE RECREATION
CENTERS, LLC

NO.   2023 CW 0857

**NOVEMBER 6,2023**

---

In Re:    Independent Specialty Insurance Company, applying for
          supervisory  writs,  32nd  Judicial  District  Court,
          Parish of Terrebonne, No. 195455.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

   **WRIT DENIED.**
                        **MRT**
                        **AHP**
                        **HG**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
      FOR THE COURT